UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DAVID YURMAN ENTERPRISES LLC. ET. AL.,

                Plaintiff,

    -v-

G.K. GROUP USA CORP., ET. AL.,

                Defendants,
-------------------------------------------------------------------X

13 Civ. 8015 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 5 2013

ALISON J. NATHAN, District Judge:

This above-captioned case is hereby unsealed.

SO ORDERED.

Dated: November 25, 2013
New York, New York

_____
ALISON J. NATHAN
United States District Judge